IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GUSI J. MENGER, a/k/a HEATHER V. MENGER, a/k/a CARRIE EVELYN MENGER, § § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:22-cv-172-JDK-KNM |
| § | |
| RANDY WAGES, et al., § § § | |
| Defendants. § | |

# FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **30th** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE